United States District Court
Southern District of Texas
**ENTERED**
December 16, 2016
David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TOMMIE FISHER, § § Plaintiff, § § v. § § LAWN RANGER SERVICES, LLC, § LAWN RANGER CO., INC, and § WALTER P. CROWDER aka WALT § CROWDER, INDIVIDUALLY, § § Defendants. § | CIVIL ACTION NO. 4:16-cv-2834 |

## ORDER OF DISMISSAL WITH PREJUDICE

On the stipulation of Plaintiff Tommie Fisher and Defendants Lawn Ranger Services, LLC, Lawn Ranger Co., Inc., and Walter Crowder (collectively, the "Parties"), the above-captioned matter is dismissed with prejudice with all costs incurred taxed against the party incurring such costs.

SIGNED: Dec. 16th, 2016

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE